# Exhibit 1

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**Reg. No. 1,222,529**
**Registered Jan. 4, 1983**

**United States Patent and Trademark Office**

**TRADEMARK**
**Principal Register**

HUBLOT

Nemi S.A. (Switzerland joint stock company)
via Clemente Maraini 14A
Lugano, Switzerland

For: WATCHES AND CLOCKS AND PARTS THEREFOR; CHRONOMETERS; CHRONOGRAPHS; COSTUME JEWELRY AND JEWELRY MADE WHOLLY OR IN PART OF PRECIOUS METALS, in CLASS 14 (U.S. Cls. 27 and 28).

Owner of Switzerland Reg. No. 308,674, dated Dec. 17, 1980, expires Dec. 17, 2000.

Ser. No. 330,071, filed Sep. 28, 1981.

ROBERT REVERADA, Examining Attorney

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,083,092**

**United States Patent and Trademark Office**

**Registered Apr. 18, 2006**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BLACK MAGIC

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)

RUE DE LA FONTAINE 7

CH-1204 GENÈVE

SWITZERLAND

FOR: JEWELLERY; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS NAMELY WATCHES USED AS CHRONOGRAPHS, WATCHES USED AS CHRONOSCOPES, CHRONOMETERS, WATCHES, WRISTWATCHES, JEWELLERY WATCHES, DIVING WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-2-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0852748 DATED 5-2-2005, EXPIRES 5-2-2015.

SER. NO. 79-011,923, FILED 5-2-2005.

DANIEL CAPSHAW, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 3,149,003**

**United States Patent and Trademark Office** **Registered Sep. 26, 2006**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BIG BANG

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS AND PARTS THEREOF NAMELY WATCH CASES, WATCH BANDS, WATCHES USED AS CHRONOGRAPHS, WATCHES USED AS CHRONOSCOPES, CHRONOMETERS, WATCHES, WRISTWATCHES, DRESS WATCHES, DIVING WATCHES, MOVEMENTS FOR CLOCKS AND WATCHES, MOVEMENTS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-1-2005 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0868263 DATED 10-28-2005, EXPIRES 10-28-2015.

SER. NO. 79-017,669, FILED 10-28-2005.

PETER CHENG, EXAMINING ATTORNEY

**Int. Cls.: 3, 9, 16 and 18**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 29, 36, 37, 38, 41, 50, 51 and 52**

**Reg. No. 3,376,234**

**United States Patent and Trademark Office** **Registered Jan. 29, 2008**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BIG BANG

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER-SHAVE LOTIONS, SOAPS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES, SPORTS EYEWEAR, SPECTACLE FRAMES, SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PENCIL STANDS, PROPELLING PENCILS, ROLLER PENS, PENHOLDERS AND PEN CLIPS, PENS, PEN NIBS, PEN CASES, WRITING MATERIALS, NAMELY, INKS, PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS, HANDBAGS, TRAVELLING BAGS, TRUNKS AND SUITCASES, BOXES AND CASES OF LEATHER OR IMITATION LEATHER, VALISES FOR PERSONAL EFFECTS, ATTACHÉ CASES, TRAVELLING BAG SETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, UMBRELLAS, PARASOLS AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 6-21-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0911607 DATED 12-15-2006, EXPIRES 12-15-2016.

OWNER OF U.S. REG. NO. 3,149,003.

SER. NO. 79-033,958, FILED 12-15-2006.

ANNE FARRELL, EXAMINING ATTORNEY

**Int. Cls.: 3, 9, 16 and 18**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 21, 22, 23, 26, 29, 36, 37, 38, 41, 50, 51 and 52**

**Reg. No. 3,405,702**

**United States Patent and Trademark Office** **Registered Apr. 1, 2008**

## TRADEMARK
## PRINCIPAL REGISTER

HUBLOT

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE, SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER SHAVE LOTIONS AND SOAPS , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES, SPORTS EYEWEAR, SPECTACLE FRAMES, SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PENCIL STANDS, PROPELLING PENCILS, ROLLER PENS, PENHOLDERS AND PEN CLIPS, PENS, PEN NIBS, PEN CASES, WRITING MATERIALS, NAMELY, INKS AND PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUCKSACKS, HANDBAGS, TRAVELING BAGS, TRUNKS AND SUITCASES, BOXES AND CASES OF LEATHER OR IMITATION LEATHER, VALISES FOR PERSONAL EFFECTS, ATTACHE CASES, TRAVELING BAG SETS, BRIEFCASES, KEY CASES, BUSINESS CARD CASES, UMBRELLAS, PARASOLS AND WALKING STICKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY DATE OF 7-14-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0913231 DATED 12-6-2006, EXPIRES 12-6-2016.

OWNER OF U.S. REG. NO. 1,222,529.

SER. NO. 79-034,508, FILED 12-6-2006.

ANNE FARRELL, EXAMINING ATTORNEY

**Int. Cls.: 25 and 34**

**Prior U.S. Cls.: 2, 8, 9, 17, 22 and 39**

**Reg. No. 3,661,145**

**United States Patent and Trademark Office** **Registered July 28, 2009**

**TRADEMARK**
**PRINCIPAL REGISTER**

HUBLOT

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: CLOTHING, NAMELY, TEE-SHIRTS, SHIRTS, JERSEYS, PULLOVERS, SKIRTS, TROUSERS, JACKETS, SUITS, COATS, SASHES FOR WEAR, TIES; FOOTWEAR, HEADWEAR, NAMELY, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOBACCO; MATCHES AND SMOKERS' ARTICLES NOT MADE OF PRECIOUS METALS, NAMELY, SMOKERS' ASHTRAYS, CIGAR AND CIGARETTE BOXES, SMOKERS' LIGHTERS, SMOKERS' ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

PRIORITY DATE OF 4-22-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0979554 DATED 8-19-2008, EXPIRES 8-19-2018.

OWNER OF U.S. REG. NOS. 1,222,529 AND 3,405,702.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: PORTHOLE.

SER. NO. 79-059,843, FILED 8-19-2008.

ZACHARY BELLO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

**Reg. No. 3,715,561** HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
Registered Nov. 24, 2009 RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

**Int. Cl.: 14**

TRADEMARK
PRINCIPAL REGISTER

FOR: JEWELLERY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCHBANDS, WATCH CASES, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY DATE OF 10-28-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1006223 DATED 4-27-2009, EXPIRES 4-27-2019.

SER. NO. 79-070,270, FILED 4-27-2009.

MIDGE BUTLER, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

UNICO

**Reg. No. 3,787,659**

**Registered May 11, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME (SA))
RUE DE LA FONTAINE 7
CH-1204 GENÈVE, SWITZERLAND

FOR: MOVEMENTS FOR CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF A STYLIZED LETTER "H" AND THE WORDING "UNICO".

PRIORITY DATE OF 2-20-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1013340 DATED 8-17-2009, EXPIRES 8-17-2019.

THE ENGLISH TRANSLATION OF "UNICO" IN THE MARK IS "ONLY".

SER. NO. 79-072,925, FILED 8-17-2009.

TOBY BULLOFF, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

United States Patent and Trademark Office

# KING POWER

**Reg. No. 3,814,806**

**Registered July 6, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE, SWITZERLAND

FOR: JEWELRY; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH BANDS, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 11-7-2008 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1018417 DATED 5-7-2009, EXPIRES 5-7-2019.

SER. NO. 79-074,789, FILED 5-7-2009.

MATTHEW EINSTEIN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KEY OF TIME

**Reg. No. 4,140,869**

**Registered May 15, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DE LA FONTAINE 7
CH-1204 GENÈVE
SWITZERLAND

FOR: JEWELRY, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH BANDS, WATCH CASES, DIALS, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS , IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-1-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1089825 DATED 8-15-2011, EXPIRES 8-15-2021.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TIME", APART FROM THE MARK AS SHOWN.

SER. NO. 79-102,224, FILED 8-15-2011.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CLASSICO

**Reg. No. 4,322,684**

**Registered Apr. 23, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE
SWITZERLAND

FOR: JEWELRY; TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, DIALS FOR CLOCK AND WATCH MAKING, CLOCKS, WALL CLOCKS, CHRONOMETERS, CHRONOGRAPHS FOR USE AS TIMEPIECES; MOVEMENTS FOR CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF U.S. REG. NOS. 1,222,529, 3,787,659 AND OTHERS.

PRIORITY DATE OF 2-22-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1125133 DATED 6-22-2012, EXPIRES 6-22-2022.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLASSICO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A STYLIZED LETTER "H" ABOVE THE WORD "CLASSICO".

THE ENGLISH TRANSLATION OF "CLASSICO" IN THE MARK IS "CLASSIC".

SER. NO. 79-116,315, FILED 6-22-2012.

LINDA LAVACHE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Acting Director of the United States Patent and Trademark Office

# United States of America
United States Patent and Trademark Office

# Magic Gold

**Reg. No. 4,381,674**

**Registered Aug. 13, 2013**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE, SWITZERLAND

FOR: GOLD-BASED ALLOYS AND COMPOSITES THEREOF AND GOODS MADE OF THE AFORESAID MATERIALS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, DIALS FOR CLOCKS-AND WATCH-MAKING, CLOCKS, GRANDFATHER CLOCKS, CHRONOMETERS, AND CHRONOGRAPHS FOR USE AS TIMEPIECES, ALL THE FOREGOING CONTAINING GOLD, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 1-9-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1128346 DATED 6-21-2012, EXPIRES 6-21-2022.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GOLD", APART FROM THE MARK AS SHOWN.

SER. NO. 79-117,552, FILED 6-21-2012.

LINDA LAVACHE, EXAMINING ATTORNEY




Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

HUBLOT

**Reg. No. 4,702,607**

**Registered Mar. 17, 2015**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND CORPORATION)
RUE DU RHÔNE 30
1204 GENÈVE, SWITZERLAND

FOR: PERFUMES, NON-MEDICINAL PREPARATIONS FOR TOILETRY USE, NAMELY, OILS, AFTER SHAVE LOTIONS AND SOAPS; COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

OWNER OF SWITZERLAND REG. NO. P-355780, DATED 10-2-1987, EXPIRES 6-12-2017.

OWNER OF U.S. REG. NOS. 1,222,529, 3,405,702, AND 3,661,145.

THE MARK CONSISTS OF THE STYLIZED LETTER "H" ABOVE THE STYLIZED WORD "HUBLOT".

THE ENGLISH TRANSLATION OF "HUBLOT" IN THE MARK IS "PORTHOLE".

SER. NO. 86-230,133, FILED 3-24-2014.

KERI CANTONE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,916,069**

**Registered Mar. 15, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE, SWITZERLAND

FOR: JEWELRY, TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, WATCH STRAPS, WATCH CASES, DIALS FOR CLOCK- AND WATCH MAKING, CLOCKS, WALL CLOCKS, CHRONOMETERS AND CHRONOGRAPHS AS WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BOUTIQUE EXCLUSIVE", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 11-27-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1258485 DATED 5-8-2015, EXPIRES 5-8-2025.

THE MARK CONSISTS OF CONCENTRIC CIRCLES CONTAINING THE WORD "HUBLOT" FLANKED BY TWO STYLIZED BOLT HEADS FOLLOWED BY THE WORDING "BOUTIQUE EXCLUSIVE" ALL IN THE OUTER CONCENTRIC CIRCLE AND INSIDE THE CENTER OF THE CONCENTRIC CIRCLES IS A STYLIZED LETTER "H" INTERSECTED BY TWO DIAGONAL WAVY BANDS.

THE ENGLISH TRANSLATION OF "HUBLOT" IN THE MARK IS "PORTHOLE".

SER. NO. 79-169,798, FILED 5-8-2015.

HAI-LY LAM, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# FIRMAMENT

**Reg. No. 4,779,597**

**Registered July 28, 2015**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

HUBLOT SA, GENÈVE (SWITZERLAND SOCIÉTÉ ANONYME)
RUE DU RHÔNE 30
CH-1204 GENÈVE
SWITZERLAND

FOR: TIMEPIECES AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES, WRISTWATCHES, CHRONOMETERS, CLOCKS, TABLE CLOCKS, MOVEMENTS FOR TIMEPIECES; JEWELRY, NAMELY, BRACELETS, RINGS, NECKLACES, EARRINGS, PENDANTS, BROOCHES, CUFFLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 3-10-2014 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1222283 DATED 9-8-2014, EXPIRES 9-8-2024.

SER. NO. 79-154,667, FILED 9-8-2014.

DEIRDRE ROBERTSON, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office